THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SOTO, Appellant. [644 NYS2d 970]

The defendant's contention that the trial court erred in denying his *pro se* motion to withdraw his plea of guilty based upon his claims of coercion and innocence is without merit. It is well settled that "[t]he determination of whether to allow a defendant to withdraw a plea of guilty rests within the sound discretion of the trial court" *(People v Sears,* 204 AD2d 578, 579; *People v Lisbon,* 187 AD2d 457, 458; *People v Lewis,* 170 AD2d 538). The record of the thorough and meticulous plea allocution establishes that the defendant's plea was knowingly, intelligently, and voluntarily entered, and refutes the defendant's claims *(see, People v Sears, supra; People v Lisbon, supra).* Moreover, the trial court did not err in failing to conduct a hearing on the defendant's claims *(see, People v Lisbon, supra).*

Finally, because the sentence imposed was that which was promised to the defendant, his claim that the sentence was excessive is without merit *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.